THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Antwan Chestnut,       
Appellant.
 
 
 

Appeal From Horry County
Paul M. Burch, Circuit Court Judge

Unpublished Opinion No. 2003-UP-495
Submitted July 1, 2003  Filed August 
 26, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia; and Solicitor J. Gregory Hembree, of Conway; for Respondent.
 
 
 

PER CURIAM:  Antwan Chestnut appeals his 
 conviction for murder.  Chestnuts appellate counsel has petitioned to be relieved 
 as counsel, stating he has reviewed the record and has concluded Chestnuts 
 appeal is without merit.  The issue briefed by counsel concerns whether the 
 trial court erred in refusing to allow the evidence that a witness for the State 
 failed a polygraph.  Chestnut has not filed any documents on his own behalf.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Chestnuts 
 appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, BEATTY, and KITTREDGE, JJ., concur.

 
           
 [1]  Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.